COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: TROY BROWN (J)　　　　　　　CASE NO:　00-4153-SNOW
AUSA: DON CHASE /s/　　　　　　　　ATTY:
AGENT:　　　　　　　　　　　　　　VIOL: CONSP IMPORT
PROCEEDING I/A ON COMPLAINT　　　RECOMMENDED BOND　PTD
BOND HEARING HELD - yes/no　　　　COUNSEL APPOINTED

　　BOND SET @

　　SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS　　x's a wk/month by phone;　　x's a wk/month in person
3) Travel extended to:

Advised of charges - to retain
Counsel

FILED by /s/ D.C.
JUN 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:　INQUIRY RE COUNSEL:　6-26　11　LSS ✓
　　　　　　　　　　　　(PTD) BOND HRG:　6-29　10:30　LSS ✓
　　　　　　　　　　　　PRELIM/ARRAIGN:　7-10　11　BSS ✓
　　　　　　　　　　　　REMOVAL HRG:
　　　　　　　　　　　　STATUS CONF:

Date: 6/23/00　Time: 11:00　FTL/LSS TAPE #00- 033　Begin: 2003　End: 2176