COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: TROY BROWN (J)                    CASE NO:    00-4153-SNOW

AUSA: DON CHASE  /Brown                 ATTY:

AGENT:                                  VIOL:

PROCEEDING INQUIRY RE COUNSEL           RECOMMENDED BOND PTD

BOND HEARING HELD - yes/no              COUNSEL APPOINTED

        BOND SET @

        SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS     x's a wk/month by phone;     x's a wk/month in person

3) Travel extended to:

Re-set for IRC

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:  6/28/00  11  LSS

                        PTD:              6/29/00    10:30      SNOW

                        PRELIM/ARRAIGN:   7/10/00     11       SELTZER

                        REMOVAL HRG:

                        STATUS CONF:

Date: 6/26/00   Time 11:00   FTL/LSS   TAPE #00- 034   Begin: 1502  End: 1600