**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:   TROY BROWN (J)                      CASE NO:   00-4153-SNOW

AUSA:   DON CHASE - *pres*                  ATTY:   Rick Friedman (perm)

AGENT:                                       VIOL:

PROCEEDING:   INQUIRY RE COUNSEL            RECOMMENDED BOND:

BOND HEARING HELD - yes / no               COUNSEL APPOINTED:

BOND SET @:                                 To be cosigned by:

FILED by ___ B.C.
JUN 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

❏   Do not violate any law.

❏   Appear in court as directed.

❏   Surrender and / or do not obtain passports / travel
    documents.

❏   Rpt to PTS as directed / or _____ x's a week/month
    by phone; _____ x's a week/month in person.

❏   Random urine testing by Pretrial Services. _____
    Treatment as deemed necessary.

❏   Maintain or seek full - time employment.

❏   No contact with victims / witnesses.

❏   No firearms.

❏   Curfew: _____.

❏   Travel extended to: _____.

❏   Halfway House _____.

*Counsel presented*
*family members*
*for proffer as*
*they will be*
*returning to the*
*Bahamas and*
*cannot attend PTD*
*hrg.*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE:   6/28/00      TIME:   11:00 A.M.      FTL/LSS TAPE # 00 - *036*      Begin:  *722*   End:  *1767*

*re-call 1533*