

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6185  CR-FERGUSON

21 U.S.C. §963
21 U.S.C. §952(a)
21 U.S.C. §841(a)(1)
21 U.S.C. §846
18 U.S.C. §2

MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.
JUN 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) |
| TROY BROWN, and | ) |
| PAUL FERGUSON, a/k/a "Pablo," | ) |
| Defendants. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about May 11, 2000 and continuing to on or about June 22, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

TROY BROWN,
and
PAUL FERGUSON, a/k/a "Pablo,"

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the grand jury, to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, in excess of five kilograms of



a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a).

All in violation of Title 21, United States Code, Section 963.

## COUNT II

From on or about May 11, 2000 and continuing to on or about June 22, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

> TROY BROWN,
> and
> PAUL FERGUSON, a/k/a "Pablo,"

did knowingly and intentionally attempt to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, in excess of five kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 963 and 960(a)(1)and (b).

## COUNT III

From on or about May 11, 2000 and continuing to on or about June 22, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

> TROY BROWN,
> and
> PAUL FERGUSON, a/k/a "Pablo,"

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled substance, that is, in excess of five kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**COUNT IV**

On or about June 22, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

TROY BROWN,
and
PAUL FERGUSON, a/k/a "Pablo,"

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, in excess of five kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

All in violation of Title 21, U.S.C., Section 846.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA      CASE NO. _____

v.

TROY BROWN, and
PAUL FERGUSON, a/k/a "Pablo."      **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)      Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) _NO_
   List language and/or dialect _English_

4. This case will take _4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days        _X_       Petty        ___
   II   6 to 10 days       ___       Minor        ___
   III  11 to 20 days      ___       Misdem.      ___
   IV   21 to 60 days      ___       Felony       _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____      Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?      (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _00-4153-SELTZER_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _June 22, 2000_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____      District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No

   _____
   DONALD F. CHASE, II
   ASSISTANT UNITED STATES ATTORNEY
   Court Bar No. A5500077

*Penalty Sheet(s) attached      REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant Name: TROY BROWN**     Case No._____

Count #: 1
Conspiracy to Import Cocaine

21 U.S.C. §963
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

---

Count #: 2
Attempted importation of Cocaine

21 U.S.C. §963
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

---

Count #: 3

Conspiracy to Possess with the Intent to Distribute Cocaine

21 U.S.C. §846
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

---

Count #: 4

Attempted Possession with the Intent to Distribute Cocaine

21 U.S.C. §846
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

---

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant Name: PAUL FERGUSON**    Case No._____

Count #: 1
Conspiracy to Import Cocaine

21 U.S.C. §963
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

Count #: 2
Attempted importation of Cocaine

21 U.S.C. §963
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

Count #: 3

Conspiracy to Possess with the Intent to Distribute Cocaine

21 U.S.C. §846
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

Count #: 4

Attempted Possession with the Intent to Distribute Cocaine

21 U.S.C. §846
**\*Max. Penalty: Life imprisonment (minimum mandatory 10 years' imprisonment); $4,000,000 fine.**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable