UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6185-CR-FERGUSON

UNITED STATES OF AMERICA

vs

TROY BROWN

ARRAIGNMENT INFORMATION SHEET

FILED by _____ D.C.

JUN 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    The above named Defendant appeared before Magistrate Judge Lurana S.
Snow on JUNE 30, 2000, where the Defendant was arraigned and a plea of NOT
GUILTY was entered.  Defendant and counsel of record will be noticed for
trial by the District Court Judge assigned to this case.  The following
information is current as of this date:

DEFENDANT:              Address: __CUSTODY_____

                        _____

                        Telephone:_____

DEFENSE COUNSEL:        Name:____RICK FREEDMAN, ESQ._____

                        Address:_____

                        _____

                        Telephone:_____

BOND SET/~~CONTINUED~~:  $ _200,000 CSB W/Nebbia_____

Bond hearing held:  yes_____  no_____  Bond hearing set for_____

Dated this__30TH__ day of __JUNE_____,2000.

                        CLARENCE MADDOX
                        COURT ADMINISTRATOR/CLERK OF COURT

                        By:__Jenny Sutle_____
                           Deputy Clerk

                           Tape No. 00- _037_

cc: Copy for Judge
    U. S. Attorney