HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __MIGUEL CONTRERAS-REYES__ CASE NO: __00-465-CR-ROETTGER__
AUSA ~~LOIS FOSTER STEERS~~ /Sindey  ATTY __FPD__  Day for Derube
Kaplan A
Possible plea
00-037
@ 3355

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

@ 3393
DEFT __TROY BROWN__ CASE NO: __00-6185-CR-FERGUSON__
AUSA __DON CHASE__ pro  ATTY __RICK FREDMAN__ pre
RICHARD MOORE, ESQ. for Paul Ferguson  agreed for Moore
Disc out — no m/pending — possible plea

DEFT __HUSSEIN AHMAD BAHSOUN__ CASE NO: __00-6187-CR-ZLOCH__
AUSA __DEBRA STUART__ Kaplan  ATTY __FPD__ — Day
New counsel — Kana Jhones
Disc to be sent today
no pending motions
@ 3460
DEFT_____ CASE NO:_____
AUSA  aug 4 for motion  ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE __7-17-00__ TIME __11:00 A.M.__

18