UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　CASE NO.: 00-6185-CR-FERGUSON

　　　　Plaintiff,　　　　　　　　　　MAGISTRATE SNOW

vs.

TROY BROWN,

　　　　Defendant.
_____/

## NOTICE OF APPEARANCE

Please take notice that **RICK FREEDMAN, ESQUIRE of FREEDMAN & WHITE**, enters his Appearance on behalf of the Defendant, **TROY BROWN**. The Clerk of this Court and the United States Attorney are kindly requested to send copies of all Court notices and pleadings pertaining to this cause to the undersigned.

　　　　　　　　　　　　　　　　　LAW OFFICES OF FREEDMAN & WHITE
　　　　　　　　　　　　　　　　　Suite 200 - White Building
　　　　　　　　　　　　　　　　　One Northeast Second Avenue
　　　　　　　　　　　　　　　　　Miami, Florida 33132
　　　　　　　　　　　　　　　　　(305) 358-1100- Telephone
　　　　　　　　　　　　　　　　　(305) 358-2503- Telecopier

　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　RICK FREEDMAN, ESQ.
　　　　　　　　　　　　　　　　　　　FLORIDA BAR NO. 395900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice was served by U.S. Mail this _____ day of July, 2000, to: Donald F. Chase, AUSA, United States Attorney's Office, 299 East Broward Blvd., Ft. Lauderdale, Florida 33301.

　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　RICK FREEDMAN, ESQUIRE