UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6185-CR-FERGUSON

UNITED STATES OF AMERICA,        :

    Plaintiff,                  :

v.                                :

TROY BROWN, et al.,              :

    Defendants.                 :
_____

FILED by ___ D.C.
JUL 21 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on July 17, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was provided at the status conference, with the exception of tape transcripts and the DEA lab report, which will be turned over as soon as they are available.

2. This case may be resolved by way of guilty pleas.

DATED at Fort Lauderdale, Florida, this _21st_ day of July, 2000.

/s/ Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Don Chase (FTL)
Frederick Freedman, Esq.
Richard Moore, Esq.

