UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6185-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TROY BROWN and ) | |
| PAUL FERGUSON, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## GOVERNMENT'S EMERGENCY MOTION TO CONTINUE SENTENCING

The United States of America, by and through the undersigned Assistant United States Attorney, files this Emergency Motion to Continue the Sentencing of the above-mentioned matter until the week of October 30, 2000, and states as follows:

1.  Sentencing in the above-mentioned matter is scheduled for Friday, October 6, 2000 at 10:00 a.m.

2.  AUSA Donald Chase took ill this morning, October 4, 2000, and is currently suffering from a severe gastrointestinal illness that may require hospitalization. He is scheduled for an upper and lower GI series of tests on October 5, 2000 at Memorial West Hospital.

3.  AUSA Chase is most familiar with the substantial issues regarding the sentencing of this matter. His knowledge of the case and the pending issues will expedite the sentencing hearing.

4.  The defendants are projected to receive a lengthy sentences of incarceration. Therefore, the defendants would not suffer any prejudice by continuing the sentencing date.



5. Jay White, Esq. on behalf of Troy Brown indicated that he has no objection to a continuance. The undersigned was unable to contact Richard Moore, Esq., counsel of record for defendant Paul Ferguson to obtain his position.

WHEREFORE, the United States of America, respectfully requests that this Court grant this Emergency Motion for Continuance of Sentencing Hearing until at least the week of October 30, 2000.

> GUY A. LEWIS
> UNITED STATES ATTORNEY
>
> By: _____
> JEFFREY H. SLOMAN
> ASSISTANT U.S. ATTORNEY
> Florida Bar No. 378879
> 500 E. Broward Blvd. 7th Floor
> Fort Lauderdale, Florida 33394
> Tel. No. (954) 356-7255
> Fax No. (954) 356-7336

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 4th day of October 20000 to Rick Freedman, Esq. of the Law Offices of Freedman & White, and Richard Moore, Esq., the White Building, Suite 200, One N.E. 2nd Avenue, Miami, Florida 33132.

> _____
> JEFFREY H. SLOMAN
> ASSISTANT U.S. ATTORNEY