FILED by ___ D.C.

NOV 14 2000

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6185-CR-WDF

DEFENDANT: Troy Brown        JUDGE: WILKIE D. FERGUSON

Deputy Clerk: ~~Troy T. Walker~~ D. McIntosh    DATE: 11/3/00

Court Reporter: Paul Haferling        USPO: Tracey Webb

AUSA: Donald Chase / Terry Thompson        Deft's Counsel: Jay Alan White

COUNTS DISMISSED: All Others

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

___ Sentencing cont'd until __/__/__ at _____ AM/PM    10 Day to Appeal

### JUDGMENT AND SENTENCE

Imprisonment    Years ___    Months 70    Counts 1

Supervised Release: 3 years - SC: Surrendered to INS after sentence, Recommend Drug Treatment Program

Probation    Years ___    Months ___    Counts ___

Comments: ___

Assessment $ 100 payable immediately        Fine $ 3,500 payable immediately

Restitution /Other ___

### CUSTODY

✓ Remanded to the Custody of the U. S. Marshal Service    ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: BOP in South Florida

N

35