UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6185-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TROY BROWN,

    Defendant.
_____/

**SATISFACTION OF JUDGMENT**

The fine in the amount of $3,500.00 and a special assessment in the amount of $100.00 having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

Respectfully Submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Date: December 2, 2004

By: ELIZABETH RUF STEIN
Assistant U.S. Attorney

This Instrument Was Prepared By:

Elizabeth Ruf Stein
99 N.E. FOURTH STREET
Miami, Florida 33132
Tel: (305) 961-9313
Bar No. 354945